ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, v. NEWPORT SAND & CEMENT CORP.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

MARGARET D. O'CONNELL v. EDMUND F. O'CONNELL.—Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

ETHEL HIRSHMAN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BRICKEN CONSTRUCTION CORPORATION v. LEWIS A. CUSHMAN, JR.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P, J., Townley, Glennon, Untermyer and Cohn, JJ.

FRANK P. FRALLI, as Receiver of the Money, Property, etc., of MODESTO BERARDINI and Others, as Executors and Trustees, etc., of MICHAEL BERARDINI, Deceased, and Others, v. CHASE NATIONAL BANK OF NEW YORK.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THE PURE OIL COMPANY, a Corporation, v. QUEENS BUS LINES, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OWENJAY REALTY CO., INC., v. JAMES J. SEXTON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

BROOKLYN BUS CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, v. JOHN A. HURLEY and Others. THE NATIONAL CITY BANK OF NEW YORK and JACOB LOWENSTEIN.— Motion for leave to appeal to the Court of Appeals denied. with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of THOMAS McMEEKAN v. DEPARTMENT OF HEALTH and the BOARD OF HEALTH OF THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FRIEDA HEMPEL v. AUGUST HECKSCHER and Another, Impleaded, etc.—Motion for leave to appeal to the Court of Appeals for a reargument denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.